**DISMISS and Opinion Filed June 28, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00244-CV**
_____

**PRIMO BAGGIOLINI, Appellant**
**V.**
**BARBARA ANNE BAGGIOLINI, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-21-1220**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Miskel

We questioned our jurisdiction over this appeal because appellant again challenges the trial court's November 21, 2022 divorce decree, the appeal of which has been resolved. *See Baggiolini v. Baggiolini*, No. 05-22-01251-CV, 2023 WL 2259174, at *1 (Tex. App.—Dallas Feb. 28, 2023, pet. denied) (mem. op.). A party cannot appeal the same judgment twice. *See Neuse v. Nationstar Mortgage, LLC*, No. 13-19-00234-CV, 2019 WL 3331643, at *2 (Tex. App.—Corpus Christi–Edinburg July 25, 2019, pet. denied) (mem. op.). Although appellant filed a letter brief at our request, nothing therein demonstrates our jurisdiction over this appeal.

Accordingly, we dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

/Emily Miskel/
EMILY MISKEL
JUSTICE

240244F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PRIMO BAGGIOLINI, Appellant

No. 05-24-00244-CV          V.

BARBARA ANNE BAGGIOLINI,
Appellee

On Appeal from the 59th Judicial
District Court, Grayson County,
Texas
Trial Court Cause No. FA-21-1220.
Opinion delivered by Justice Miskel.
Justices Smith and Breedlove
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BARBARA ANNE BAGGIOLINI recover her costs of this appeal from appellant PRIMO BAGGIOLINI.

Judgment entered June 28, 2024